**95–2440.** State v. Elfrink. *Franklin County*, No. 95APC033–64. On review of order certifying a conflict. The court determines that a conflict exists; issue 1 is held for the decision in 95–1377 and

95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed. The parties are to brief issue 2, stated at page 3 of the court of appeals' Memorandum Decision dated October 31, 1995:

"[W]hether the failure of authorities to advise a defendant of his right to obtain an independent blood or chemical test pursuant to R.C. 4511.19(D)(3) requires suppression of the test results. [Conflicting case: *State v. Thurman* (June 28, 1995), Montgomery App. No. 14741, unreported, 1995 WL 386820]."

## DISCRETIONARY APPEALS ALLOWED